IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED IN HUNTINGTON BEACH, CALIFORNIA<br><br><br>Defendant. | CV-12-151-BLG-RFC-CSO<br><br><br>ORDER GRANTING MOTION TO STAY PROCEEDINGS |
|---|---|

Pending is the renewed unopposed motion of Claimants German Coppola, Pablo Coppola, Glenda Coppola, and Romina Coppola's (collectively "Claimants") to stay proceedings pursuant to 18 U.S.C. § 981(g)(2). *ECF 18*. Claimants also have filed a supporting brief, which makes the requisite showing for such a stay. *ECF 19*. For good cause shown, and there being no objection by the United States, IT IS

ORDERED that Claimants' motion *(ECF 18)* is GRANTED and that this matter is STAYED. The preliminary pretrial conference set for May 10, 2013, and all associated deadlines are VACATED pending further Order.

DATED this 7th day of May, 2013.

/s/ **Carolyn S. Ostby**
United States Magistrate Judge