FILED

FEB 21 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED IN HUNTINGTON BEACH, CALIFORNIA,<br><br>　　　　　Defendant. | CV 12-151-BLG-SPW<br><br>ORDER |

Pursuant to United States' Unopposed Motion to Dismiss (Doc. 40), and for good cause appearing,

IT IS HEREBY ORDERED that the above-captioned civil forfeiture proceeding is **DISMISSED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 21st day of February, 2020.

　　　　　　　　　　　　　　　Susan P. Watters
　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　United States District Court Judge

1