

FILED

FEB 21 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. REAL PROPERTY LOCATED IN HUNTINGTON BEACH, CALIFORNIA, Defendants. | CV 12-151-BLG-SPW <br><br> ORDER DISMISSING COMPLAINT |
|---|---|

Pursuant to the unopposed motion by the United States, and good cause appearing,

IT IS HEREBY ORDERED that the complaint filed in the above captioned case, is dismissed.

Dated this 21st day of February, 2020.

Susan P. Watters
United States District Court Judge

1